ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LARRY JAMES
                Plaintiff,

VERSUS                          CAUSE NO  3 03cv525LN

CINCINNATI INCORPORATED, AN OHIO
CORPORATION, and a COMPANY, B
COMPANY, AND C COMPANY
                Defendant

DEPOSITION OF LARRY JAMES
Taken at the law offices of Grenfell, Sledge
& Stevens, located at 1659 Lelia Drive,
Jackson, Mississippi, on August 26, 2004,
beginning at 1 00 p m

REPORTED BY

LAURA CROSS
State-Wide Reporters
4400 Old Canton Road
Suite 201 (39211)
Post Office Box 14113
Jackson, Mississippi  39236
Telephone   (601) 366-9676
Fax   (601) 366-9756
Coast Address
764 Water Street (39530)
Post Office Box 389
Biloxi, Mississippi  39533
Telephone   (228) 432-0770
Fax:  (228) 432-0690
msreporters@aol com

EXHIBIT

2

APPEARANCES.

JOHN HUNTER STEVENS, ESQUIRE

Grenfell, Sledge & Stevens

1659 Lelia Drive

Jackson, Mississippi  39216

Telephone   (601) 366-1900

Fax:  (601) 366-1799

ATTORNEY FOR LARRY JAMES

ROLAND M. SLOVER, ESQUIRE

Forman, Perry, Watkins, Krutz

  & Tardy

Suite 1200, One Jackson Place

188 East Capitol Street

Jackson, Mississippi  39201

Telephone.  (601) 960-8600

Fax:  (601) 960-8613

ATTORNEY FOR CINCINNATI  INCORPORATED

ALSO PRESENT

Ralph W. Wellington

T-A-B-L-E O-F C-O-N-T-E-N-T-S

Examination By:                                    Page

   Mr. Slover                                        6

Stipulation                                         5

Exhibits

   Exhibit 1, Photograph                          44

   Exhibit 2, Photograph                          51

   Exhibit 3, Photograph                          52

   Exhibit 4, Photograph                          54

   Exhibit 5, Photograph                          55

   Exhibit 6, Photograph                          60

   Exhibit 7, Photograph                          60

   Exhibit 8, Photograph                          60

   Exhibit 9, Photograph                          66

   Exhibit 10, Photograph                         78

   Exhibit 11, Photograph                         81

   Exhibit 12, Photograph                         82

   Exhibit 13, Photograph                         82

   Exhibit 14, Photograph                         83

   Exhibit 15, Acknowledgement of
      Receipt of employee handbook               97

   Exhibit 16, Safety checklist for
      supervisors                                98

   Exhibit 17, Right to Know Quiz                 98

   Exhibit 18, Standard procedure
      and deduction authorization                99

TABLE OF CONTENTS:    (Continued )

Certificate of Court Reporter          116

Witness Signature Sheet                117

Page 5

STIPULATION

It is hereby stipulated and agreed by and between the parties hereto, through their respective attorneys of record, that this deposition may be taken at the time and place hereinbefore set forth, by Laura Cross, Court Reporter and Notary Public, pursuant to the Federal Rules of Civil Procedure, as amended;

That the formality of READING AND SIGNING is specifically NOT WAIVED,

That all objections, except as to the form of the questions and the responsiveness of the answers, are reserved until such time as this deposition, or any part thereof, may be used or is sought to be used in evidence.

---

LARRY JAMES

having been first duly sworn, was

examined and testified, as follows

EXAMINATION

BY MR. SLOVER·

Q.    Mr. James, my name is Roland Slover. We just met   But I represent Cincinnati Incorporated in this lawsuit   Have you ever given a deposition before?

A.    Yes

Q.    So you know how the process works?

A    Yes

Q    All right   If there's ever a time you don't understand my question, just let me know and I'll be glad to repeat it or rephrase it   And if you'd like to take a break for some reason just let me know that --

A    Okay

Q    -- and we'll take a break

A    All right.

MR   STEVENS

Just the usual stipulations?

MR. SLOVER:

That will be fine   Any objections except as to form are reserved until trial

Page 7

MR  SLOVER

Q      Would you state your full name for the record, please

A      Larry Donnell James

Q      Where do you live, Mr  James?

A      709 Olive Branch, Byram, Mississippi

Q      How long have you lived there?

A      Recently moved   Been there about three weeks

Q      Where did you live before that?

A      1721 Maria Drive, Jackson, Mississippi.

Q      How long did you live there?

A.     Four years

Q      Is that where you were living when you worked at Hunter?

A.     Yes.

Q.     Are you married?

A.     Engaged

Q      Engaged?  Have you ever been married?

A.     Yes

Q.     All right.  What was your former wife's name?

A.     Kimberly.  Kimberly Irene Price

Q.     What was the last name?  I'm sorry?

A.     Price.

Q    Price?  Where does Ms. Price live?

A.    She's in the military.

Q.    Where does she live when she's not on active duty?

A    I'm not sure.  I haven't had contact with her since '96

Q    When where y'all married?

A    '94 to '96

Q.    Do you have any children?

A    No

Q    Who lives with you there on Olive Branch?

A    My fiance.

Q.    And what's her name?

A.    Jesselyn, J-e-s-s-e-l-y-n, Johnson

Q    Could you give me your social security number?

A    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.

Q    Have you taken any medication today?

A.    No

Q    I have to ask these questions  This is not, you know -- have you ever been arrested or convicted?

A    No  Well, I've been arrested with like a suspended driver's license, driving with a

suspended license, but that was taken care of within hours.

Q. When was that?

A. I would say about a year ago. No, it was longer than a year ago It's been a while. About two years

Q. Was it a highway patrol deal?

A. No, Jackson Police Department.

Q. Are you currently employed?

A. Yes

Q Where?

A Two Men and a Truck Moving Service

Q. Is that in Jackson?

A. Yes, Ridgeland.

Q How long have you been working there?

A Thirteen months

Q Who is your supervisor?

A. Jeff Taylor.

Q. Do you know where Mr. Taylor lives?

A No, huh-uh, somewhere in Annandale.

Q Out in Madison?

A Yes.

Q. Is he one of the owners?

A. Yean Well, yes

Q What kind of business is that?

A    It's a moving service

Q    Just to move household stuff?

A.   Right. Commercial, residential  I'm a driver  That's my primary job is driver

Q.   Do you ever do any loading or unloading?

A    Yes, some

Q    Are you on a particular crew there?  Do you work with particular people everyday?

A    I don't have a set crew  I work with different guys every day.

Q    Can you give me your educational background

A.   I finished high school and joined the military after that

Q    Where did you go to high school?

A    Gentry High School, Indianola, Mississippi

Q    When did you graduate?

A    '92

Q    So now young a man are you?

A    I'm 30.

Q    Thirty?

A    Yeah.

Q.   And your birthday is when?

A      July 15th, '74.

Q      When you got out in 1992 you went to the military?

A      Yeah.

Q      Did you go straight into the military or did you go to work somewhere first?

A      I went straight into the military

Q      Which branch of the military?

A      Air force.

Q      Where were you stationed when you were in the air force?

A.      Several places

Q.      When you first went in --

A      My first duty station?

Q      Yes, sir

A      After basic training or AIT or --

Q      I'm not real familiar with the military training process

A      Okay.  Well, when I left Mississippi I went to training   That was in San Antonia, Texas. And then after that I went to AIT and that was in Denver, Colorado

Q      AIT is what now?

A      It's like training.  What your job is. Training for your job.  And my first -- actual

first duty station was Holloman Air Force Base in New Mexico  That's where I met my first wife.

Q    How long were you in the military?

A    Four years

Q.    Did you receive an honorable discharge?

A    Yes

Q    What was your job in the military?

A    I had several jobs  I started out as food service, and the title for the job is like service specialist  That's the title, service specialist  And under that there was seven different aspects for that title and we had to learn all seven of them

Q    Was that anything about your job in the military that required you to operate machinery or anything like that?

A    No  When you say machinery, like what type of machine?

Q.    Like a press brake?

A    No  I learned all that after I got out the service.

Q    So you got out in,

A    '96.

Q    '96.  And what did you do then?

A    I went to Chicago and worked for my

cousin

Q    And what did he do?

A    Glass installer.  Automobile glass installer

Q    How long did you work for your cousin?

A    About six months, seven months  And then I moved back to Mississippi

Q.    Can you give me the date that you moved back to Mississippi?

A    I don't know the exact date

Q    Approximately?  Do you know if it was in '96 or '97?

A.    It was '97 I came back

Q    Where did you come back to, to Jackson or somewhere else in Mississippi?

A.    I moved home, Indianola, Mississippi

Q    Okay?

A    And I was at home and I couldn't find a job so I moved to Jackson

Q.    Was that also in '97?

A    Yes

Q    And what did you do when you moved to Jackson?  Did you find a job somewhere?

A.    Yeah.  I started working for like temp services

Q      Uh-huh

A.      And I found a full-time job at Piccadilly restaurant

Q      How long did you work there?

A      Maybe six months, six or seven months

Q.      All right.  What did you do after you worked at Piccadilly?

A      I worked for Great Southern Industries That's when I started press operator.

Q.      That was at Great Southern Industries?

A      Yes   They make boxes

Q      Where are they located?

A.      1320 Boling Street

Q.      In Jackson?

A      Yes

Q.      And you were employed with Great Southern Industry for what time period?

A      From September of '97 to I think it was April -- from the time I started with Hunter. That was April -- somewhere in April of 2000

Q      But you first started working with press brakes at --

A      At Great Southern, Great Southern Industries

Q      Tell me about that   Do you remember

the name of any of the press brake manufactures there at Great Southern?

A   Not right off

Q   Was the brake press that you used at Hunter the -- were they similar?

A.   No, not at all

Q   They weren't similar?

A   No

Q.   Describe for me the press brake that you used at Great Southern

A   That particular machine, you had to actually put blades on it, you know   I was the set up man.  I didn't start operating until like the last six months before I left.

Q.   When you say you were the set up man, what does that mean?

A   Set the machine up to running whatever size boxes that it is, you know, to run.

Q   And this machine had blades on it?

A   Yeah   The blade that cut the slots in the boxes so the boxes can fold, you know

Q.   Was it a one-man operation?

A   No   It was two-man operation   You've got an operator and you've sot got a set up man.

Q   Who did you work with at Great

Southern?

A    Work with daily?

Q    Yeah.

A    I started out witn David Dobson

Q.    Do you know if he's still there?

A.    Yeah, He's still there

Q    Do you know where Mr  Dobson lives?

A    No

Q    Is it D-o-b-s-o-n?

A    Yes.

Q    Have you stayed in contact with Mr  Dobson?

A.    Yeah, 1 see him regular

Q    Who was your supervisor at Great Southern?

A    Warren Washington

Q    Does Mr  Washington still work at Great Southern?

A    Yes

Q    Does he live in Jackson?

A    Yes.

Q.    Who taught you how to operate that press brake?

A    I just picked up on it, you know, from working side by side with the operator daily, you

know, you just pick up on it

Q    Did they call it a press brake or did they call it something else?

A    They called it a press

Q    A press?

A.    Press

Q.    They called it a press    Tell me about how that machine was operated.

A    When you say that you mean as far as on and off switch or?

Q    How would you make the machine work? You know, would you use a button you had to push or was it a floor button or what?

A    It was a button    Yeah, a button.

Q    That you pushed with your hand?

A    Yeah    You turn the machine -- yeah, you turn the machine on.

Q    Did it use a foot switch?

A    No foot switch    You turn the press on and you've got one guy on the back loading the boxes through it and the box will shoot through it put the print and all that stuff on the boxes, logos

Q    All right    How did you come to leave Great Southern and go over to Hunter?

Page 18

A    I applied for another job and they called me

Q    Did you know about an opening in Hunter or how did you find out about it?

A    I heard they was hiring

Q    Okay

A    And I applied for it and they called me

Q.    Was that right around April of 2000?

A    Yes

Q    Do you remember who you talked to when you went over to Hunter or they called you about the job?

A    That was the production manager over there    I can't recall his name right now

Q    Do you know what position it was that they were talking to you about?

A    Machine operator

Q.    As I understand it you hired in at Hunter around April of 2000?

A    Uh-huh

Q    Was this as a machine operator?

A    Yes

Q    How long did you work at Hunter?

A    Up until the accident

Q    That was in February?

A.    February the 1st

Q    Of 2001?

A    Yes

Q    Not quite a year.

A    Right

Q    Did they -- when you applied at Hunter and you went through the hiring process, did you have to take any test or anything like that?

A.    You had to be able to read a caliper.

Q    Why was that?

A    Because you had to have the dimensions with the measurements right with each piece that we ran

Q    Was there somebody at Hunter that was in charge of training new employees?

A    No

Q    No?

A    No

Q    Did you receive any instruction or training on how to use the equipment there at Hunter?

A.    Yean  I mean, there was someone to show you how to run each machine, yeah.

Q    Tell me the different machines that you

Page 20

received training on at Hunter

A      The punch press, the brake press   The punch press and brake press

Q.     Who trained you on the punch press?

A      The supervisor showed us how to run each particular part   That was David Bolden

Q.     Was he your supervisor the whole time you were at Hunter?

A.     Yes.

Q.     Was there anybody else there at Hunter that was in charge of safety?

A      Yeah   There was a guy in charge of safety

Q      Who tnat was?

A.     I can't recall his name right now

Q      But it wasn't Mr  Bolden?

A      No

Q      It was somebody else?  Did y'all have safety meetings at Hunter?

A      Yes.

Q      Who conaucted the safety meetings?

A      Sometimes tne supervisor, our supervisor

Q      Sometimes Mr. Bolden would?

A      Yean

Q    And sometimes it would be somebody else?

A    Right

Q.    Were you ever at any safety meetings where they talked about use of the brake press?

A    No

Q.    What were the safety meetings about that you remember going to?

A    Keeping your eye glasses on and steel toe shoes   That's about it

Q    Do you remember a guy by the name of Jeff Bennett at Hunter?

A.    Jeff Bennett   Jeff Bennett   Where did he work?   Did he work in the press department?

Q.    Well, I have a document that Hunter produced that has him listed, I believe, as a fabrication superintendent

A.    Fabrication superintendent   No, I don't know him

Q    If the name doesn't ring a bell that's fine

A    No, it don't.

Q.    When you were at Hunter were you ever written up for any safety violations?

A    Yeah   I was written up once about

steel toe shoes   I didn't have steel toe shoes on.

Q.     Did Mr  Bolden write you up for that one?

A     I believe so.

Q     Was that the only safety --

A     Violation I had?

Q     Right?

A     Yes

Q.     Going back to your training on the brake press, did Mr. Bolden conduct all your training on the brake press or was anybody else involved in training you on that machine?

A     It was a couple of times when the guy that actually set the machine up for that particular job he would show us how to run that piece.

Q.     Who was the set up man for that particular machine?  Was it one or more than one?

A     It was more than one set up guy   The guy's name was Mike   I forget his last name   And the other guy, he's not even there anymore.  He was -- I don't know his name but ne's not there anymore

Q.     Wnat did he look like?

Page 23

A.    He was a black guy   That was the only black guy, set up guy they had

Q.    Was he young, old?

A.    He was about 40

Q.    Tall, short?

A.    Yeah, about my height   Short   Yeah

Q    But he trained you a little bit on it?

A    No, he would show us, you know, how to run that particular part

Q    All right.  What about the guy named Mike?

A.    Now, he was the actual set up guy on the shift that I was on   I was on night shift and he was the actual set up man for that shift

Q    You never worked on the day shift when you were at Hunter?

A    No

Q    You were always on night shift?

A    Yes

Q.    And your set up man on the night shift was this Mike person?

A.    Yeah

Q.    Every time?

A    Yes

Q    Did you do any set up --

A    No

Q    -- on that machine?

A    No set up at all

Q    And you weren't trained to do any set up --

A    No

Q    -- on that machine?  Can you describe Mike for me some more?  Is he a white guy or a black guy?

A    He's a white guy in his early 40's, mid 40's

Q.    Do you know if he's still at Hunter?

A    I believe so  There's not a whole lot of set up guys in the press department

Q    There's not?

A    No

Q    What did Mike -- well, tell me what he told you about the press brake.

A    Well, I mean, tney would just show us how to run the actual part, you know

Q    How many different parts did you run on that particular press brake, the one where you got hurt?

A    That day or --

Q.    Well, I mean --

A.    That machine runs several different parts

Q    Okay

A    That particular day I was running the metal that made the housing for the machine that, you know.

Q    The wheel balance machine?

A    Right   We was making a housing that day.

Q    Right.  The cabinet or the --

A    The housing itself.  That whole, you know.

Q.    The box?

A    Yes, the box

Q    What did y'all call that thing?   I heard it call a wrapper before

A.    I call it a housing

Q    Housing?

A    Yeah

Q    All right.

A.    Because all of the components go inside of it --

Q    Right

A    -- so it's the housing

Q.    How soon after you started at Hunter in

April of 2000 did you start working on that press brake?

A   Probably a month after I was hired   I mean, we didn't work on the same machine, you know, we worked on --

Q   Everyday?

A   Yeah   They rotated, you know

Q   Did you only use that machine when you needed to run parts that had to be --

A   Big parts

Q.   -- bent on that machine?

A   Yes, yes

Q   So it wasn't every day you were using it?

A   Right   I mean that particular machine was used every day

Q   Right.   Just not necessarily by you?

A   Right

Q   Some days --

A   I'd be on punch press, you know, because you've got like different departments in there   I worked in one department that was the press department

Q   You were in the press department?

A   Right

Q    And Mr  Bolden was your supervisor --

A.    Right

Q    -- in the press department    All right Who were some of your coworkers there in the press department?

A    Hershell Ransom.

Q    Hershell Ransom?

A    Yes.

Q    R-a-n-s-o-m?

A    Yes, Hershell

Q.    Where is Mr. Ransom today?  Does he still work there?

A    No

Q.    Do you know where he lives?

A    No

Q    Who else?

A.    It was Kevin McPhearson.  It was --

Q    Do you know whether Mr. McPhearson still works at Hunter?

A.    No, he's not.

Q    Have you talked to him since the accident?

A.    I talked to him  It was after I had my last surgery on my hand and I hadn't spoke with him since  And that's been about two years ago

Page 28

Q      What did y'all talk about after you had your accident?

A.      How I was doing and, you know, just stuff like that

Q      Is that who you were working with on the date of your accident?

A.      Yes

Q.      Who else besides Mr. Ransom and Mr McPhearson worked with you in the press department?

A.      It was several guys   I mean, I don't even recall their names.  Can't recall their names

Q      Your accident happened February 2nd?

A.      February 1st

Q.      February 1st --

A      Yes.

Q      -- 2001?

A.      Yes

Q.      How many times before that day had you run the same part on that press brake?

A      We ran about -- I'm not sure about this, but I'm going to say we ran about five About five  We made about five housings before that accident happened

Page 29

Q       I guess what I'm asking is since --

from the time that you went to work at Hunter --

A       Okay

Q       -- until the date of the accident --

A       Okay

Q       -- how many different occasions did you have to run that same part --

A.      Oh, okay   Okay

Q.      --- on that press brake?  Y'all probably made housings at some other point in time while you were there

A       Right.  I would say about four times on that machine making that particular part four times, about four times

Q       All right.  Did you use that machine to make another part more often?

A       Yes

Q.      What part was that?  Do you remember?

A       No

Q       Was there another press brake besides the one you got hurt on in the press department?

A       Yes, right beside it   Right across from it   They are side by side.

Q       Are they identical or not?

A       No, because this particular one only

has a foot pedal  The rest of them, it's like I think it was a button or something  The one across from the one with a foot pedal, I believe I'm not sure, man

Q    What was the other press brake used for?  Do you know what it was for?

A.    It was just making components for the balancer.

Q    Could the same parts that you ran on the press brake that you got hurt on could they be made on this other press brake?

A    Yes, I believe so

Q    Was there any rules about, you know, certain parts needed to be made --

A.    No

Q    -- on this press --

A.    No

Q.    -- brake?

A    No, no  Just like whatever press brake became free, you know, that's what you set up the next, you know  The set up man would set up the next machine for whatever particular part that they needed

Q    On the day you got hurt, if the other machine was free you could have used that machine

to make this same part?

A    Well, when I got in to work that day that machine was already set up  So someone from day shift was already running them, so I just come in on my shift and just finished up what they had started.

Q    When did the night shift start?  What time?

A    3 30  3 30 to midnight

Q.    So that's when you'd usually be working was 3 30 to midnight?

A    Yes.

Q    Did you work with the same people on the night shift?

A    Yes

Q    And that's the folks that you told me about a minute ago?

A.    Yes  Some of them, yeah  It was about 12, between 12 to 15 of us on that particular shift

Q    If you remember the names of any of the other folks on the night shift that you worked with let me know --

A    Okay

Q    -- if they occur to you

A       I got you   Elzina McGee

Q.      Who?

A.      Elzina?

Q.      Elzina   How do you spell that?

A       I don't know   It's just Elzina McGee

Q       Is that a man?

A.      No, that's a girl   That's a lady.

Q.      Do you know where she lives?

A.      No.   She was living somewhere in Pearl. I don't know where she's at now

Q       Do you know if she still works at Hunter?

A       I don't know

Q.      When you went to work at Hunter were you given an employee manual?

A       Yes

Q       Do you still have that?

A.      I think so

MR. SLOVER

        We'd like to get a copy of it

MR   STEVENS

        Yes, if he can find it

MR   SLOVER:

Q.      Was there anything in the employee manual about the operation of the press brake?

A       I'm not sure

Q       Did you ever see any written material while you were at Hunter about operation of the press brake?

A       Yes.

Q       Where did you see it?

A       Posted on the machine

Q       There were some signs on the machine?

A.      Not signs  It was like just caution  Some signs that say "caution," you know  That's about it

Q       All right  Did you ever see a operator's manual for that machine?

A       I don't recall

Q       Do you recall any of the -- I know you just mentioned the caution sign -- do you remember any other writings or stickers on the machine?

A       I think there was a machine like with your hand right down in a pinch, like a pinch point on your hand or whatnot up under the caution button

Q.      Do you recall any signs on the press brake that say keep your hands out or anything like that?

A       No

Q    When you were trained on that machine -- I understand Mr Bolden did the training

A.    Right.

Q    Did he actually take you to the machine and run a part through it, or how did he instruct you on how to use it?

A    Yeah.  He showed us how to run it   He showed us how to run whatever part that was for that machine   He showed us how to make the part

Q    What did Mr Bolden say about the operation machine in terms of keeping your hands away from the dies?  Did he say anything at all about it?

A.    I mean, he may have

Q    That's been a while?

A    It's been a while, yeah   I can't remember exact wnat it was, you know

Q    Now, does that press brake have any palm buttons?

A.    Palm buttons   I think it was some palm buttons on the emergency release side, you know Palm buttons

Q    Was there a little stand that nad them?

A    Right, right, yes

Q.    Is that what you're talking about?

A      Yes   But actual palm buttons on the machine, no.   It wasn't no palm buttons on the machine

Q      But they were on the little stand?

A      Yes

Q.      Did you ever use the palm button on a stand to operate that machine?

A      No   I always used a foot pedal to cycle it

Q      Why didn't you ever use those palm buttons?

A.      I mean, I wasn't, you know, instructed to use that.   I was -- I mean, that was the way I was taught to run the machine with the foot pedal

Q      Did you have the same job the whole time you were at Hunter?

A      In the press department?

Q.      Right

A.      Yes

Q      Did you have a particular title?

A      Machine operator.

Q      Machine operator.   When you were -- when you first went with Hunter and you learned how to operate the machine and all that, did anyone at Hunter ever come to and you say, hey,

you're not doing this right --

A    No

Q.    -- on that press brake?

A    No

Q    Did you ever have any questions about how to operate that press brake --

A    No

Q.    -- that you needed to go see a supervisor or somebody about?

A    No

Q.    Did you have any problem with that press brake prior to your accident?

A.    Problem.  I mean, it's been times where, you know, when I'm actually running a part in the machine it would like come down twice, you know, but I didn't think anything of it, you know

Q.    That particular press brake?

A    Yes, that particular press, yes

Q    It would come down twice?

A    Yeah

Q    Can you describe that thing?

A    (Witness making noise )  You know, it was like a -- it didn't stop  It just came down and went back up and came down again.

Q    But it didn't come down all the way?

Page 37

A    No   It came down and went back up   It was like bam   Do you know what I'm saying?

Q    Yes.  But when it came down did it come down all the way to the bottom and then go back up or did it just come down a little ways and then go back up?

A    Well, it didn't put a bend in the metal

Q.    Okay   So it didn't touch the metal?

A    Right   It just -- (Witness making noise )  That's how it sounded, you know, making that sound.

Q    Uh-huh

A    And it went back up   It cycled twice

Q    How many times did you witness that cycling on that machine?

A    Oh, it wasn't often   I mean, probably from the time I was there probably twice   Two --

Q    Did you ever report that to Mr  Bolden?

A.    Yeah

Q    Do you remember when it was that you reported that to to Mr  Bolden?

A    I'm going to say about November, around November or December, somewhere around there

Page 38

Q.    What did he say when you told him about it?

A    He just had the maintenance guy come over there and look at the foot pedal

Q.    So when you activated the foot pedal sometimes on these one or two occasions that you're talking about, it would go twice?

A    Yeah

Q.    Did you talk to the maintenance guy after he looked at the foot pedal?

A    No

Q.    Do you know if he actually looked at the foot pedal?

A    Not, not, you know, when that happened, no  Because I got finished -- I finished the job out, you know

Q.    But did you ever talk to the maintenance guy later about that --

A.    No

Q.    -- problem?

A.    No.

Q    Did you ever talk to any other employees about that brake press cycling twice?

A.    No

Q.    You didn't talk to --

A.    Because I didn't think that was a big deal because after that I finished my job   I finished running my job without having it to happen again, you know.  And I just mentioned it to him   After I finished my particular job, I told my supervisor, I said that machine, you know, it cycled twice on me one time and he was like, you know, I'll have somebody look at it

Q    And after that did you use that machine again before your accident?

A.    Yes   Oh, yes

Q    And did it cycle twice again?

A    No

Q    Have you ever had a work-related injury prior to the February injury that you got at Hunter?

A    No

Q    Who was the maintenance guy that looked at the machine?

A.    There are plenty of maintenance guys walking around.

Q    Can you tell me the names of any of the maintenance people there?

A    No, I can't

Q.    You can't recall any?

Page 40

A    I know one guy.  His name was Jo   I
don't know his last name   It was just Jo

Q    Can you describe him for me?

A    A short black guy

Q.   Do you know if he's still there?

A    I'm not sure

Q    When you worked at Hunter were you paid
by the hour or salary or what?

A.   Yeah, by the hour

Q    You weren't paid based on the piece or
anything like that?

A    No   But we worked by production
though.

Q    What do you mean?

A    I mean production   If production is
not up to par, it was like, you know, you get
called in the office and like your production
wasn't cutting it today   I mean, that didn't
have anything to do with how we was getting paid
by the hour, but, you know, you always had to be
up there with production.

Q    Did you --

A    You had to run so many pieces at the
time

Q    Did you ever get called in the office

about your production being too low?

A    No, huh-uh

Q    So you never got in trouble about not producing enough parts --

A.    No

Q.    -- or anything like that?

A.    No

Q.    Anybody put any pressure on you at Hunter --

A    No

Q    -- to increase your production?

A    No, no.

Q.    As far as you know, did any of your other coworkers in the press department ever witness that press brake cycling twice like you did?

A    I'm not sure

Q    As far as you know, was any coworker or yours in the press department ever injured on that press brake there at Hunter?

A.    No, not that I know of

Q.    It didn't happen while you were there --

A    Right

Q    -- if it did, right?

A    Right

Q.    Now, on the date of the accident you showed up, was it 3:00 or 3:30?

A    3 30.

Q.    And you were working that day with Mr McPhearson?

A.    Yes

Q    All right.  When you got there that day did you -- how did you find out what you were going to do or where you were going be working?

A    The supervisor told us.  Once we come in, you know, the supervisor will tell us what particular machine we would be on for that day

Q    And in this case, what did he say?  In this instance what aid he tell you when you got there?

A    Me and McPhearson would be running the housing for the wheel balancer

Q    Did he tell you what press brake, or you already knew what machine that was?

A    Yeah, I already knew

Q    You and Mr  McPhearson went over and started doing that?

A    Yes   We went over there and started

Q    And you haa worked witn Mr  McPhearson

before that?

A      Yes.

Q      As I understand it, you were operating the machine and he was helping, or was it the other way around?

A.      I was operating and he was helping since I had the foot pedal on my side  So I was operating it

Q.      When you say "your side," what side of the machine was that if you're facing the machine?

A      Okay  This is the machine  I'm on the right side.  And the foot pedal will slide out to either side

Q.      The foot pedal is on a cord or something?

A      Right  You can put it on either side.

Q      All right  But it just happened --

A.      To be on my side.

Q      Do you always get the right side?

A      No.

Q      You just happened to walk over to the right side that day?

A.      I just happened to be on that side that day  I mean, he didn't assign, you know, no one to be the actual operator for that particular job

Q    But if the foot switch had been on the left side that day, Mr McPhearson would have been operating it?

A    Right

Q.    And you've worked with him before where ne operated the foot switch and you helped?

A    Yes, yes  I mean we are both operators so, you know

Q    Y'all didn't fight over which one would get the foot switch?

A    No

Q    And which one got to be the helper?

A    No.

Q.    And there wasn't any preassignment as to who did what?

A    Right

(Exhibit 1 was marked.)

MR  SLOVER

Q    All right, Mr  James  I'm showing you Exhibit 1 to your deposition  It's a photograph Can you look at it and let me know if that's tne press brake that you workea on at Hunter where you received your injury

A    Yes

Q    All right  Was the last time tnat you

Page 45

saw that machine on the date of your accident?

A    No.

Q.    You saw it after that?

A    Yes

Q    When that was?

A    That was about a year, a year ago, a year later after the accident

Q    How did you have occasion to be back at Hunter?

A    Me and my lawyer went out there

Q.    To look at the machine?

A    Yes

Q    All right   Was that in connection with your workers' comp case?

A    Yes

Q    All right   I understand that you filed a workers' compensation claim after the accident?

A    Yes

Q    And that claim was ultimately settled, right?

A    Yes

Q    And you gave a deposition in that case?

A    Yes

Q.    Can you tell me when your workers' comp case was concluded or when it was over?

A       I don't know the exact date but I'm going to say about eight months to a year ago.

Q.      Who was your lawyer for your workers' comp case?

A       John Stevens.

Q       Is there anything about the machine in Exhibit 1 there that's different in that picture than it was when you were working on it and got injured?

A       This laser beam here (indicating)

Q.      When you say "laser beam," can you be a little bit more descriptive?  Are you talking about that yellow thing on the side?

A       Yes

Q.      Do you know what that is?

A       No   I thought it was laser beam   I mean, it wasn't there when I was there

Q       That wasn't on the machine when you were there?

A       No, it wasn't.

Q       Was that on the machine when you went to look at it in connection with your workers' comp case?

A       Yes

Q       All right.  Do you have any

Page 47

understanding about what that yellow object does?

A    No, I don't.  I just figured it was a laser beam  I don't know it is

Q.    When you were there at Hunter, and on the day you got hurt, were there any guarding devices on the machine at all?

A    No.

Q.    Were there any restraints on that machine?

A    No

Q    Do you know what a restraint is?

A.    Yes

Q    What's a restraint?

A    A little device you put your hands in and it snatches your hand back after, you know, once the machine starts to cycle, it starts pulling your hand back  We have those on another one of our machines those hand restraints

Q    Was it on another press brake or what?

A    Punch

Q.    It was on a --

A    Punch press

Q    -- punch press?

A    Yes

Q.    When you went back to Hunter the last

time after your workers' comp case, were there any restraints on that machine?

A       Yes

Q.      There were?

A       Yes.

Q       Do you know when those were installed?

A       No

Q       I think there was a -- in the -- I only brought one of these so I need to kind of look at it with you   In that picture do you see the -- is the dual palm button stand that we talked about earlier in that picture?

A       Yes

Q       All right.  And that's this thing right here?

A.      Yes, sir

Q       Is that what you call the emergency stop?

A       Yes

Q       What is that?

A       Emergency stop, emergency release.  I mean, that's what Kevin McPhearson had the press to raise the machine up to get my hand out

Q       Okay   Do you see the two bars that are sticking out --

A    Yes

Q.    -- from the font the machine?  What are those?

A    I mean, they are used to lay the metal on to hold the metal straight

Q.    Are they supports?

A    Yeah, supports.

Q    I really don't know what y'all called them if you called them anything

A    Yeah, support brackets.

Q    But that's what you laid the piece of metal on as you were working?

A    Right   If it's a long piece, yes, you would use these right here because that metal is heavy (indicating)

Q    Were y'all using those support arms --

A.    That particular day, yes

Q.    -- on the day you got hurt?

A    Yes

Q.    All right

A.    I don't know if they were that far out, but yeah

Q    Sticking out that far you don't know?

A.    Right.

Q    Was the box that y'all were making that

day on the press brake when you got hurt, was that the heaviest piece that you used --

A    Yes

Q.    -- to making that machine?

A    Uh-huh

Q    Were there some pieces that you ran on that machine that it only took one person to run?

A    Yes

Q.    What were some of those pieces, do you remember?

A    I mean, I don't know the name of it, but, you know, they all went inside the housing They all was a component for the wheel balancer

Q.    Oh, okay   Did you use those support brackets when you were running the pieces that only required one person?

A    We would but they wouldn't be as long as they are now on this picture

Q    Were you involved at all in changing the dies --

A    No

Q    -- on the machine?   You did not do that?

A.    No.

Q    Never did that?

Page 51

A    No

Q    Did you ever make any adjustments on the machine as far as how it operated?

A    No.  Only ran the parts  If the part didn't come out right we'd take it to the supervisor and he'd come and make the proper adjustments  The supervisor or either the set up guy

Q.   And you didn't make any adjustments on the machine?

A    No

Q.   All right  Did you adjust the bars that are sticking out in the front, the support bars?

A    No

(Exhibit 2 was marked.)

Q    All right.  Mr  McPhearson, I'm showing you Exhibit 2, which is another picture?

A    James.

Q.   I'm sorry.  I'm sorry, Mr. James Exhibit 2, I think, is another picture of the press brake  Can you confirm that for me?

A.   Yes

Q    Do you know if the sticker was on there in the front there where it says danger?

A.    I believe so

Q.    It actually says "danger, keep hands out of die area"

A    Yes

Q    Did you read that sign prior to your accident?

A.    Prior to the accident?

Q.    Right

A    That particular day?

Q    Well, I mean, did you ever read it prior to your accident?

A.    Yes, yes

Q.    You did?

A    Yes, sir

(Exhibit 3 was marked )

MR  SLOVER

Q.    All right   I'm showing you Exhibit 3, which is that -- I think you said it was an emergency stop button earlier

A    Yes

Q    And I call it the dual palm stand

A    Okay

Q    Was there something else that y'all called that thing?

A    I mean just emergency release or, you

know, stop button.

Q    All right   And that's in Exnibit 3. Y'all just called it emergency release or stop button?

A    Yeah, stop button

Q    Have you ever used that emergency release or stop button?

A.    No.

Q    Had you ever seen it used before the day of your accident?

A    No.

Q.    What did tney tell you about how to use that emergency release button?

A    I don't recall anything being said about it.  I mean it's like, you know, self-explanatory, you know, to raise --

Q    Did Mr. Bolden ever tell you, look, if you get something caught in this machine you need to go hit this emergency button?  In other words, how did you know what that was?  Did somebody tell you?

A    Yeah   I just -- I know it backs the machine up, it raises the machine up.

Q    But you had never used it before?

A    No

Q.    And you had never used the two palm buttons before to operate the machine?

A      No, I haven't

Q      Did you ever see anybody using tnem?

A      No, because that particular press was, you know, always used with the foot pedal

Q      Okay  I think you said earlier that that machine didn't have dual palm buttons on the machine itself, right?

A.     When you say on the machine --

Q.     Yeah

A      No.

Q      You don't recall tnere being any, right?

A      Right

(Exhibit 4 was marked.)

MR. SLOVER

Q      I'm showing you Exhibit 4, whicn is another photograph.  I'll represent to you it's another photograph of the press brake   Does it look familiar to you, Exhibit 4?

A      Yeah.

Q      Do you know if you ever read that danger sign on the machine prior to your accident where it says "Danger, keep hands clear?"  Do you

know if you ever read that before your accident?

A    Oh, you're waiting on me?  I'm sorry

Q    That's all right.

A    Yeah, I've seen it.

(Exhibit 5 was marked )

MR. SLOVER

Q.    Let me show you Exhibit 5, which I believe is the foot switch on the press brake that we've been talking about  Is that what Exhibit 5 is, a photograph of the foot switch?

A    Yes.

Q    Is that the same foot switch as far as you can tell tnat you used or was being used on that machine on the date of the accident?

A.    Yes

Q    Is that the only foot switch that was ever on that machine while you were tnere?

A    Yeah.

Q    Do you know if there was ever any work done on that foot switcn by anybody at Hunter?

A    I'm not sure

Q.    Do you know if there was a problem with that foot switcn on that machine?

A    Like I said, you know, tne machine cycled twice on me  I don't know if that was from

the foot switch or just the machine itself   I'm not sure

Q.   Did you receive any training or instruction on how to use that foot switch?

A    Instructions, I got instructions on how to use it

Q.   Written instructions?

A    No, verbal

Q    From Mr  Bolden?

A    Right

Q.   How did tell you to use that foot switch?

A    Okay   The foot switch was used to make the machine cycle   So when you put a piece -- put the piece of metal inside the machine, that's what you use to press to cycle the machine, you know

Q.   You just push the foot switch once --

A    Right

Q    -- to cycle it?

A.   Right

Q.   And what would happen when you would push that switch?  The die would come down?

A    Right

Q.   And it would go all the way down?

A    Yes

Q    Or it would stop before it went all the way down?

A.    No, it wouldn't stop   It would come down

Q    All the way down?

A    Yes   I mean it all depends on how many bends is in that particular metal because like the first cycle would come down and just pinch the metal, just hold it in place and then it then would come, with the second bend and bend the metal, come down with the second cycle and bend tne metal.

Q    But do you have to activate the foot switch to make it go ahead and bend the metal?

A    Yes, you have to --

Q    Click it?

A    Yes   I have to click it.

Q    The first time you click it it comes down and holds the metal?

A    Yes, it's certain parts   Not all parts is like that

Q    Uh-hun.

A.    Some parts you can just come on down and make the actual bend

Q.    Right

A    And some parts it will come down and clamp the metal before it would make it bend

Q.    Were you responsible for adjusting the machine --

A    No.

Q    -- so that it either stopped or went on down to the bottom?

A.    No

Q.    That was always set up before you --

A    Right

Q    -- got there?  All right  Do you know on the date of your accident when you were making the wrappers or the --

A    Housings

Q    -- housing, how was the machine set up that day?

A.    How was it set up?

Q    Yes

A    When you say how --

Q    Was it set up to come down and hold the metal and then the foot switch is used again to go ahead and make the bend or how was it set up?  Was it set up different than that?

A    I don't know  I don't know

Q    What time of day did the accident

happen?

A    It was that evening about six

Q    About six?

A    Yeah.

Q    And you and Mr  McPhearson had been making these boxes for --

A    About two hours

Q    -- two hours or so?

A    Yeah

Q    And you had been operating the foot switch the whole time?

A    Yeah

Q.    But you don't recall whether it was set up so that the die came down and stopped pinching the metal and then you had to activate the switch again to actually make the bend?

A    Well, on the housing, it wasn't no pinch on the housing  It was not a pinch on the housing  It was actually bends in the housing. Because we formed the metal for that  That particular job we was bending it  There was no pinching on that particular job right there

Q    So what you're saying is the die came all the way down to the bottom --

A    Yean

Q    -- and bent the metal?

A    Bent the metal

Q.    Okay  It didn't stop and pinch the metal first?

A    I don't know.  I don't think it did Not that particular job  I do know of some smaller jobs that we have ran on that machine does that.  Just to, you know, but I think it was 18 gauge or 12 gauge steel, I mean, it's just going to put the bend in it

(Exhibit 6 was marked.)

MR  SLOVER

Q    I'm going to show you Exhibit 6, Mr. James  Would you take a look at that and let me know if that's a picture of the cabinet that y'all were working on the date of your accident?

A.    It is

Q    I've got some more pictures of it I'm going to mark as Exhibit 7

(Exhibit 7 was marked )

MR  SLOVER

Q    Exhibit 7, you would agree, is also a photograph of that same piece?

A    Yes.

(Exhibit 8 was marked )

MR SLOVER

Q    And is Exhibit 8 a photograph of the flat piece of metal before the bends were put in it?

A    Yes, that's it

Q    What would you call that, a blank or what would you call that?  A piece of metal?

A.    Yeah, yeah

Q.    A sheet of metal?

A    Yeah, a sheet of metal waiting to be formed

Q    Okay  Well, I, you know, I didn't know if y'all called it a particular thing or not  But anyway, Exhibit 8 is a copy of the flat sheet of metal before y'all started putting bends in it, right?

A    Yes

Q    And then 6 and 7 --

A    Is the actual housing

Q.    After it's been bent?

A    Right

Q    Tell me how you and Mr  McPhearson -- well, tell me from step 1 on that flat piece of metal what you did to put bends in it to ultimately form that box

Page 62

A        Okay   We would take a sheet off the pile, both of us, me and McPhearson   We would take a sheet off, slide it into the machine. Well, sit it up there, sit it on top of the bars

Q.        Right.  That were sticking out?

A.        Yeah, on Exhibit -- well, I don't even see them.

Q        Those bars right there?

A        Right   We'd lay it on those bars right there on Exhibit 1   And we slide -- we'd slide it in there and make about two bends before we have to take it out the machine and turn it around and slide it back in

Q        On the date of the accident when you were hurt, you were on the right side of the machine --

A        Right

Q        -- where the foot switch was?

A        Right

Q.        And Kevin was on the other side?

A        Right.

Q        And you were feeding -- or were you holding the sheet of metal there while it was being bent or would y'all not need to hold it?

A.        I think we did hold on to it as it went

up because once the machine hits the metal, the

metal --

Q    Starts rising?

A    Right  And we just hold on to just for

support, you know

Q.    You say you could put two bends in it

before you had to take it out of the machine and

turn it around?

A.    I'm thinking that's how it is  It's

been a long time since I ran that, you know  I

mean, I'm not sure if it's one of two or three,

you know.  I just know it's several bends in it

before it actually makes this bend here

(indicating)

Q    What about the flange -- you're

referring to Exhibit 7.  What about the flange

that's out here on the outside?  How was that made

or at what point during the process was it made?

A.    I'm not sure if that's like the first,

second or third bend  I'm not sure

Q    Would y'all make that though?

A    Yean, yes  We would do all those bends

on that particular job with that machine

Q.    Without having to change the dies?

A    Right, right  You'd just have to keep

turning that metal, you know, till it formed all the bends.

Q    As far as you know the machine came down and bent the metal when you triggered the foot switch?

A    Uh-huh

Q.    It didn't come down and stop?  You'd have to trigger it again to go on and make the bend, right?

A.    When you say trigger it, you mean?

Q.    The first time you use the foot switch.

A    I mean, it's coming down slow.

Q    Right

A.    It's not coming down, you know, like that (indicating)

Q.    Right

A.    It's coming down slow, you know   And there's like a stopping point behind -- Let's see Exhibit 1

Q    Uh-huh.

A.    You know, once you slide the metal inside here inside the machine, it's like a backing where the metal stops at

Q    Yeah   What do you call that?  Backstop --

A    I don't know.

Q    -- or back gate or something?

A    I don't know

Q    You just call it backing?

A    Right  You just put the metal in that. Because the machine is set up to do all the work You know, after you put in there and it stops where it's supposed to stop, the machine is going to gradually come down, make the bend, you know, then the machine will, I guess, set itself up for the next bend, you know.  And we'll slide it out or whatever we have to do to form the other bend.

Q.    Okay  We talked earlier though about some pieces where the machine was set up to come down and stop

A    Yeah.

Q    Pinch the --

A    Metal

Q.    -- metal  And then you trigger the foot switch again and it goes ahead on down to the last little bit --

A    Right

Q    -- and actually bends the metal.

A    Right  But I'm not sure if it's this particular job here that does that.  But I know

that machine does do that

Q    But you're just not sure whether it was set up to do that when you got hurt on it?

A    Right, right

Q    Is that fair?

A.    That's fair

Q    Tell me on Exhibit No  -- well, let me mark another one because I have a better, or a little more clearer picture of the machine.

(Exhibit 9 was marked )

MR  SLOVER

Q.    All right  Mr. James, this is Exhibit 9.  This is just a little further away view of the press brake but that's the same machine we've been talking about

A    Okay.  Yes.

Q    All right.  Can you tell me on Exhibit 9, or in reference to Exhibit 9 where you were located at the time of the accident?

A    I'm on the right side of the machine closer to those two palms

Q.    Okay  Where the palms station is?

A    Right  I was on that side of the bar.

Q    Is that where the palm station was that day?

A.    Yes

Q    Or was it on the other side?

A    It's always on that side

Q    It's always on that side?

A    Yes

Q    So it was close to you?

A    Yes

Q.    And Mr  McPhearson was on the other side?

A    Yes.

Q.    Do you remember what bend y'all were working on in that sheet of metal when you had your accident?

A    Well, we was -- we had already made one side

Q    All right.  You're pointing to Exhibit 6?

A    No  6   We had already folded one side. So we was actually sliding the metal out to turn it around to put the other flat piece in so it can make -- so it can bend

Q.    All right

A    So it was like an L shape

Q    On Exhibit 7 it's sort of a U shape

A    Yean, it's a U shape now

Q      Okay

A      But it was an L shape when we was taking it out to turn it around to slide the other flat side in so it could make that bend.

Q      Was this going to be the last bend in that sheet of metal you were going to have to make?

A.     I believe so

Q      And after you made this bend though, it would end up looking like the U shape --

A.     Yes

Q      -- we have in Exhibit 7?

A.     Yes

Q      Did you and Mr. McPhearon have any discussion or any procedure between the two of you to make sure there wasn't anything in way when the dies came down?

A      No   When you say procedure, did we make sure we had a procedure?  When you say that, what do you mean?

Q      I mean, did you have any kind of procedure where he would say, okay, it's clear --

A      No

Q      -- let it down

A.     No

Q    No?  You didn't have any procedure where you asked him, hey, is it clear or can I go or anything like that?

A    No.

Q.    How would you know when to activate the machine then?

A    I mean, you know, we had --

Q    When --

A    When what?

Q    Once you got the piece in or how would you do it?

A    Yeah, once you got the piece in we just knew.  We were operators, you know   Just we got it in there and we was clear   It was time to hit the switch

Q    All right   Well, what happened when had your accident?  Where was your hand located?

A.    On the metal.  It was already -- the machine -- I mean the metal was like we had made the bend like on Exhibit 7.

Q    Right.

A    We had finished making this bend right here (indicating)   It was still flat on one side with -- we had just finished making the L

Q.    Right   And you were going make the U?

A    Right    And I had my hand like right there.

Q    On the piece of metal?

A    Yes, on the metal to pull it out, to slide it out because you have to be like kind of midway between the metal door    You have to have a good grip on it.    And we slid it out    As I was sliding it out, you know, it came down

Q    Okay    It came down and pinched your hand?

A.    Yes

Q    Against the metal?

A    Against the metal and the die

Q.    The upper die?

A.    The upper die and the metal

Q    And the metal below?

A    Yes

Q.    All right.    So your hand wasn't on the bottom die, it was on the piece of metal that was top of the bottom die?

A.    Right.

Q.    Did it come down and stop on your hand when it pinched your hand?

A    Yes    My hand was up in there    I couldn't pull it out

Page 71

Q    Right.  But it didn't go to the bottom of the bottom die though of the bottom die, right?

A.    No

Q.    And if it had it --

A    My hand would have been here, right (indicating), been hanging on the other side.

Q    All right  It came down and stopped. And obviously you said something, I suppose

A    Yeah, I did.

Q    I mean, did it hurt?

A.    Yes, it did

Q    What happened next?

A    I just hollered for McPhearson to get it off my hand to, you know, go hit the emergency release

Q    Did he do that?

A.    Yeah, he did.

Q    Did he have to run around?

A    Yes  He had to come around, hit those two -- well, I guess it's a switch over to there to release it.  I don't know what button he pushed but he pushed I guess it's this one to make it go up, to make the ram go up (indicating)

Q.    He knew which one to push?

A.    Yeah

Page 72

Q    All right    When the press came down and pinched your hand on the metal there, on your right hand right?

A.    Yes

Q.    Where was your left hand at the time?

A.    The metal was like this (indicating) probably on exhibit -- what is it?

Q    Exhibit 9

A    Exhibit 9    Right there at the back end of those support bars but holding my side of the metal.

Q    Your left hand was holding on to the metal too?

A    Yeah, to the metal because I was fixing to -- we was fixing to take it out and turn it around because the only way to take it out you've got to flip it up and pull it out because it had just made the L

Q    Right

A    So I had to take it to bring it back out like this (indicating).

Q.    You had to bring it out like that (indicating)?

A    Yeah.

Q    Okay    Where were your feet when the

machine came down and pinched your hand?

A    What do you mean where were my feet?

Q    Where was your -- what foot do you normally use to operate the foot switch?

A.    My right.

Q    Your right foot?

A    Yes.

Q    And you always use your right foot?

A    Yes

Q    All right  Where was your right foot when the machine came down and pinched your hand?

A.    It wasn't in the pedal

Q    It wasn't in the pedal?

A    No

Q.    How far away from the pedal was it?

A    Maybe a foot or two, you know, because I'm doing something else  After I made that L shape bend it's time to do something else.  So my foot couldn't have been right there in the pedal because it's time to move the metal, you know, so I'm moving around, getting ready to move around, you know, because the ram was up

Q    Uh-huh

A    So it's time take the metal out You've got to slide the metal out  So it was time

to move around so I don't know exact how far it was, you know, my foot was from the pedal but I know it wasn't in the pedal   I do know that

Q    But you had used the pedal to make the ram come down and make the L shape?

A    Make the L shape

Q    Right

A.   The ram come back up

Q    It came back up on it's own?  Did you have to take your foot out off the pedal for it to come back up or what?

A    Yeah   It's going to come up automatically after it makes that bend   It's going to come up   It's going to come up and it's going to stay there unless it gets pressed again. That's how it's supposed to be.

Q    Have you ever heard the term riding the foot switch?

A    No

Q    Did you ever receive any training about foot switch safety?

A.   No

Q    Did anybody ever tell you to keep your foot away from the foot switch unless you're activating the ram?

Page 75

A    I think that was said once before   I believe I've heard that    I can't, you know, just definitely say, yeah, so and so said this, but I, you know

Q.    Do you know what activated the ram to make it come down when you got your hand pinched?

A.    No

Q    But you didn't intend to activate the machine when your hand got pinched, right?

A    I didn't activate it when my hand got pinched   I was taking the metal out of the machine   I wasn't on the foot pedal

Q.    But did you intend to reach into the machine though at that point in time to move the metal?

A    Yeah, it was time for the metal to be turned around   I mean, that's the way I've been doing it from the time I was there

Q    Where exactly were you looking when the ram came down and pinched your hand?

A    I think I was like, you know, looking backwards, you know, holding this hand with the metal because we was kind of up in the air bringing that L up out of there

Q    But you weren't looking --

Page 76

A       No, I wasn't.

Q       If you had been looking at the ram you would have seen it coming down, right?

A.      Right   And I could have gotten my hand out of there

Q       Were you talking to Mr  McPhearson at the time of your accident when the ram came down and pinched your hand?

A       When it pinched it or before it pinched it?

Q.      Right before.

A       No, not that I can recall

Q       Did you and he generally talk --

A       Yeah

Q       -- much when you were working together?

A.      Yeah

Q       Some   What would y'all talk about?

A       Just, you know, now the day is going or what we going to eat for lunch or whatnot   Just general stuff   Nothing in particular

                (Off the record )

MR   SLOVER:

Q       All right   Mr  James, was the part that you and Mr  McPhearson were working on when you had your accident, was it destroyed or thrown

away or what happened to it, do you know?

A    I'm not sure.  After that accident happened, you know, I was rushed to the emergency room so I don't know wnat they did with that particular part

Q.    All right  When Kevin came around hit the emergency button, what happened then?  Did you pull your hand out?

A.    Yes

Q    And what happened?  Some people came and --

A.    I went to the supervisor's desk which is right there on the floor

Q.    Was that Mr  Bolden?

A.    Yes

Q    What did you say to Mr  Bolden?

A    I just showed him.  I didn't have to say nothing  I just showed him, you know.  He said, "Let's go "  And he rushed me to the emergency room.

Q    Did you have a discussion with Mr. Bolden about how the accident happened?

A    Yeah, we did

Q.    What did you tell him happened?

A    I told him the machine came down on my

hand.

Q.    Did he ask you whether or not you activated the machine and it came down on your hand?

A    No, he didn't ask me that

Q    Is that the only time you talked to Mr Bolden about the accident?

A.    Yes

Q    Did you ever talk to him again after you went to the hospital, or the emergency room rather, about the accident?

A.    No    Huh-uh

Q    No?

A    Oh no, we didn't talk about anything else because I was in pain.  I mean, discussions about the accident wasn't, you know --

Q    I didn't know if it was at some point later in time that you talked to him or not

A    No, because I hadn't seen him

(Exhibit 10 was marked )

MR. SLOVER

Q    Okay.  I'm showing you Exhibit 10 which is another photograph of the foot switch, and I'll show you 10 with 5

A    Okay

Page 79

Q    But 10 -- would you agree with me that Exhibit 10 is also an another photograph of the foot switch?

A    Yes

Q    All right   As it shows in Exhibit 10 there's a flap on the foot switch

A    Right.

Q    And what's that flap for?

A    It's like a shield, like a guard from the foot switch itself.  You have to get your foot up under the flap to raise it up to --

Q    To activate the switch?

A    Right

Q    All right   And if you pull your foot out of there --

A    The shield will come down

Q    And then if you to want to activate it again, you have to move the shield out of the way and put your foot up in there, right?

A    Yes.  But on 5, that shield -- I don't know

Q    That shield is down in 5

A    Yeah, it is but I'm saying the shield -- it just looks like it's just down just too far

Q.    Too far?

A    Yes

Q.    What do you mean?

A    See   The way it look now, you know, that look like work there trying to raise it up and get your foot in there, but the way it looked, you know, the way I was used to it, it was like it was a shield there but it don't look like it was that far down

Q    So the shield on the foot switch as you recall it didn't come all the way to the floor?

A    I'm saying it just looked on this photograph it just looked like the shield was just so far down, you know

Q.    Uh-huh

A    But it was like that

Q.    Was it easy to get your foot in the foot switch?

A    No.  I mean it was like you had to raise it up and go inside of it, but I'm just saying looking at No. 5, it just looked like the shield is so far down

Q    Was it a hassle to have to move the shield up every time you wanted to use the foot switch?

A    No

Page 81

Q.   The shield didn't get in the way of using it?

A    No

(Exhibit 11 was marked.)

MR. SLOVER

Q    All right  Mr. James, I've marked Exhibit 11 which is a photograph of the front of the machine and one of the stickers on there.  Do you see that?

A    Yes

Q    Do you remember in Exhibit 11 that danger sign or sticker being on the front of the machine?

A    It may have been there  I can't say for definite yeah, this particular sign was on the machine  It's been a while since I've been there.

Q    But Exhibit 1 there's a red --

A    Yes

Q    -- danger sign on the front of it as well, right?

A    Yes

Q    You just don't know for sure whether that was on there when you had your accident?

A.    I'm not saying they didn't put it on after the accident, I'm just saying I just, you

know, it's been a while since I've seen that machine

Q    Well, are you saying it was on there at the time of your accident or you don't know?

A.    I don't know   I don't know

(Exhibit 12 was marked )

MR  SLOVER

Q    Mr. James, I'm showing you Exhibit 12, which is a photograph of tne fold panel, I guess is what you call it on the press brake   Are you familiar with that?

A    I've seen it but I don't have any dealing witn that, you know   That's dealing with the set up

Q    That would be tne responsibility of the person that set up the macnine to make any adjustments on the control panel there in Exhibit 12?

A    Yes

Q    And you never had to make any adjustments on that control panel, right?

A    Never

(Exnibit 13 was markea.)

MR  SLOVER

Q    All right.  I'm showing you Exhibit 13

Page 83

This is another photograph of the front of the press brake  It shows several of the decals --

A    Right

Q    -- or the signs on the front of the machine  Do you recall this yellow safety guidelines --

A    Yes

Q.    -- decal on the machine --

A    Yeah.

Q    -- that's in Exhibit 13?

(Exhibit 14 was marked )

MR. SLOVER:

Q    I'm showing you Exhibit 14 which is just a blowup of that safety guidelines decal  Did you ever read that safety guidelines decal that's in Exhibit 14 prior to your accident?

A    Yes

Q    You had?

A    Yes

Q    Do you see where the decal is kind of scratched up there?

A    Uh-hun

Q    Is that from a piece part rubbing on it or what?

A    I have no idea

Page 84

Q     What kind of environment did you work in there at Hunter in the press brake department where the machine was located?  Was it noisy or quiet?

A.    Somewhat in between  It wasn't just real loud and it wasn't quiet either.

Q.    On the day of your accident was it unusually quiet or unusually loud or what was the sound level like?

A     Just normal, I guess

Q.    All right  What about the lighting --

A.    Normal

Q     -- for that press brake?

A     The lighting for the press brake itself?  You've just got overall lighting, you don't have a particular light for the press

Q     Was it generally bright enough to work in there --

A.    Yes

Q     -- or too dark or what?

A     Just generally bright enough, you know, to get the job done

Q     What about the floor underneath the press brake?  What's that floor made of?

A.    Concrete.

Q      Concrete?

A      Yes.

Q      Were there any rugs or carpet or anything that you stood on when you were operating tne press brake?

A      This little thing right nere in Exhibit 10   You've got that right there on the floor (indicating)

Q.     That looks like a mat.

A      Mat, yeah

Q      Was it a rubber one?

A      Yeah, it's a rubber mat

Q.     And why is that there?

A      I don't know   It was there when I started

Q.     Were you standing on that rubber mat on the day of your accident when you got hurt?

A      I don't know

Q      You don't know if your right foot was on that rubber mat or off of it when the accident happened?

A      I can't recall if it was on the mat or just bare floor

Q      I know you talked to Mr  Bolden after the accident   Have you ever seen an accident

report on your accident that was prepared by Mr. Bolden or anyone at Hunter?

A    No

Q.    Is that a 45 degree angle that you were putting in the -- tnat you had just put in the sheet metal right before your accident?

A    I believe so

Q    And you don't know whether that piece was messed up after your accident?  In other words, when the ram came back down, did it mess up that piece part that y'all were working on?

A    I don't know.  I don't know what happened to that piece, you know  I didn't stick around to find out

Q    I have to ask

A    Yeah, I understand.

Q    Do you know anything about the aies on that machine, how they were changed in and out and different ones were used for different jobs, or do you know anything at all about those?

A    I've just seen them changed out

Q    But you never did it yourself?

A    No

Q    Are you aware of anybody at Hunter inspecting that machine after your accident?

A    No

Q    All right   Do you know who operated the press brake before you that day?

A    No

Q.   Somebody on the day shift?

A    Yes.  I mean, they would have a record of it

Q    Do you know who operated the machine after you got hurt and after you left that day?

A.   No

Q    You're not aware of any particular part of that machine that's defective are you?

A    No

Q    Do you think with respect to the box that we talked about earlier that it was after the third bend?  Is that when you got hurt?

A    I don't know what the exact number of bend it would have been but, you know, I know it was time to turn the metal around   That's when it happened   I know one side was done

Q.   So you had the L --  you had just made the L shape?

A    L shape, yeah

Q    Okay

A    It was time to turn it around

Q      But the thing you don't know is whether or not you put the flange on there but you made that L shape?

A      Right   I don't know.

Q      Was that particular press brake, did it have a particular number or something that y'all called it in the shop?

A      Nope   Nope.

Q      As opposed to the other one, you know -- you told me there were two, right?

A      I mean just brake press   That's what we called it, brake press

Q      But you had two of them, right?

A      Yeah   You've got two brake presses, right

Q      But you didn't say the red one or the blue one or --

A      No, just a brake press.

Q      No 2 brake press?  Just go get on a brake press?

A      I mean they will tell you what job to get on.  I mean, you can recognize the job, you know, recognize the press from the job

Q.      Okay.  Was the material already over there?

Page 89

A    Right.  Right   You know, brake press, punch press and just stripping machine

Q    You're not aware of the different modes of operation that were available on that press brakes were you?

A.    When you say that, the modes?

Q    Right   The different ways it could be set up to operate

A    Yeah, I'm aware of that

Q    But you weren't yourself involved in any set up of operation?

A.    No, I wasn't.

Q    You just know it could be set up to do different things?

A    Yes

Q    Tell me some of the different ways that you're familiar with that the press brake could be set up

A    I was looking at that switch and it was like -- using this ram here.  Well, the emergency switch or whatnot

Q    Right, on Exhibit 5?

A    Three

Q.    Three.  I'm sorry.

A    To use that to cycle the machine, you

Page 90

know

Q.    You could use that?

A.    I've seen them use that to, you know, as tney were setting up press it and make the ram come down or either go up

Q    Did they use that on the other press brake, I mean -- did they use the palm controls shown on Exhibit 3 on the other press brake?

A    No   Not to operate it

Q.    Not to operate it?

A.    No.

Q    You never saw anybody using the palm controls?

A    To operate, no, not to the operate I've seen the set up guy use it to, you know, to adjust it   That's about it

Q.    Do you know why no one ever used the palm controls to operate the brake press?

A    I don't know

Q    Do you know whether you could use the palm controls to operate the orake press during production runs?

A    If so I wasn't aware of it   I mean, no one told me about using it

Q.    Could you use the palm controls to

Page 91

operate the brake press when you were making the part that you were making when you got hurt?

A.    I don't know  I just ran the parts the way I was showed, you know  I never seen anyone use the palm to operate the machine in a production manner

Q     Well, do you know if that had something to do with the need to have your hands on that big piece of metal while it was being --

A     Formed

Q     -- formed?

A     No

Q.    You didn't need use hands on it?

A.    Hands on the metal?

Q     Yeah, to hold the metal

A     Yeah.  I mean, you had to use your hand to turn the metal

Q     Or when it's being bent and it goes up?

A     When -- yeah.  After that bend is starting to make, I mean, the metal is going to raise up like that, and it's going to actually hit the machine, you know  It's not going to hit hard but it's going to touch the machine  I guess that's where --

Q     That's what's --

A    Yeah, yeah

Q    -- the housing on the front?

A    On that particular piece  And then once the bend is made, you know, you have to, you know, because the metal is up in the air and the bend is made

Q.    Right

A    So you actually have to have your hand on it to guide it back down or whatnot

Q.    But you don't know of any reason why you couldn't have used that had dual palm button --

A.    I don't know why, no  I don't know

Q    -- to make the ram start coming down?

A    I don't know

Q.    Nobody ever told you there was a reason you couldn't use that?

A    No

Q    As far as you know there wasn't any guards on the machine when you got hurt?

A    No, there wasn't

Q.    Is there anything on the ends of machine on the unused area of the aie or the dies?

A    Like what ao you mean?

Q.    Like some Plexiglass or some plastic?

A    No

Q    No?   Did you ever use any hand tools when using that press brake?

A    No, no tools

Q    Not on any smaller parts?

A.    No tools

Q    Do you know what I mean when I say hand tools?  Some tools to, you know, manipulate --

A    Like tongs or whatnot?

Q    Yeah, tongs or anything

A    No

Q.    No?

A    No.

Q.    Were you ever told to use any or trained to use any?

A    No   We couldn't use tongs on that particular piece no way.

Q    Right   I was just wondering on maybe some other small pieces.

A    No

Q.    Are you familiar with how often that machine was inspected by the Hunter folks?

A.    No

Q    Are you aware of the existence of any inspection reports about that machine?

A.    No

Q.    Did anybody ever modify that press brake since the date of your accident?

A.    I've seen -- when we went out there for the workman comp whatnot, me and John and the workman comp guy, that was like, I think I saw a restraint, hand restraint was on the machine    And that's about it    Hand restraints and that little deal there in Exhibit 9

Q    Are you aware of any changes in the activation device on that machine since your accident?  In other words, was there any change in how it was activated with the foot switch?

A.    From looking at these pictures, no

Q    Do you know whether the foot switch was changed or replaced after your accident?

A    I don't know.

Q    Are you aware of anybody ever doing something to disable a safety flap or other safety device on a foot switch?

A.    No

Q.    What about on a different machine at Hunter besides the press brake?

A.    No.

Q.    You guys at Hunter get paid any kind of

bonus or anything based on production?

A.   No.

Q.   Did you ever see a repairman working on tnat press brake that you got hurt on?

A   No.

Q   Did you ever see any representative from Cincinnati Incorporated there at Hunter?

A   No

Q   Are you aware of any other accidents or near accidents on that press brake other than your own?

A.   Nope

Q   Did anybody at Hunter ever give a test on the operation of that press brake?

A   No

Q   I think you told me that the press brake was used to make a number of different parts, right?

A   Yes

Q.   Can you describe the other parts for me?

A.   No.

Q   No?

A   I can't   I mean, I just know that the parts that was made are the parts tnat go inside

of tne, you know

Q    Can you describe for me in terms of size from the smallest part that was made on the machine up to the largest?

A    Man, you can tell by like this metal here (indicating)

Q    That's stacked up right there in Exhibit 9?

A    Right

Q    Okay   That's smaller than the part you were working on --

A.    Yes

Q    -- when you got hurt?

A.    And we run parts smaller than this here on this macnine (indicating).  And it varies in sizes   But tnat's the largest piece, you know, that we make on that machine

Q    That was the largest piece you and Kevin were working on that day?

A    Yeah   That's the largest piece they make, period, because that's the nousing.

Q    For the wheel balancing machine?

A    Yes.

Q    Did you ever use the machine to bend anything, you know, like you weren't supposed to

like coins or anything?

A    No.  You'd lose your job playing around

Q.    Let's take a brief break  I want to look at my notes

(Off the record.)

(Exhibit 15 was marked )

MR. SLOVER:

Q.    Mr. James, I'm showing you Exhibit 15 to this deposition  It's a document that I got from Hunter Engineering, and it's entitled acknowledgment of receipt of the employee handbook.

A    Uh-huh.

Q    I'd like for you to look at that and let me know if that's your signature down at the bottom

A    It is

Q.    Do you recall receiving an employee handbook from Hunter?

A.    Yes.

Q.    And I think we talked about that earlier

A    Yeah, but I still have it

Q    All right  If you still have it we

would like to get a copy

A    All right

(Exhibit 16 was marked.)

MR  SLOVER

Exhibit 16 is a safety checklist for supervisors  Would you take a look at that and let me know if that's your signature at the bottom.

A    It is.

Q    Do you remember signing that document after you got hired on Hunter or do you even remember it at all?

A    I've been looking at it, you know.  I don't remember it but, you know --

Q.    You don't have any specific recollection, but you know that's your signature?

A    Yes

(Exhibit 17 was marked.)

MR  SLOVER:

Q    All right.  Exhibit 17 is a document I got from Hunter that's entitled Right to Know Quiz, and I think it's got your name down at the bottom  Do you see that?

A    Uh-huh

Q    Do you recognize your signature?

A      Yes

Q.     Do you remember taking that quiz, that Right to Know Quiz?

A      No.

(Exhibit 18 was marked )

MR  SLOVER

Q      Exhibit 18 is another document I got from Hunter that's entitled Hunter Engineering Company standard procedure and deduction authorization.  Would you look at it and let me know if that's your signature down at the bottom

A.     Yes

Q      All right.  It's got some highlighted language there.  It says, "I also acknowledge receipt of the attached safety rules and regulations and violations of good employee conduct "  Do you see that?

A      Yes

Q      Do you remember receiving any safety rules and regulations with Hunter in connection with your paperwork you got from them and your employee handbook?

A      Yeah, I mean, it may have been because we got like a stack.

Q      You got a stack?

A    Yeah, a stack of papers

Q    You don't recall sitting here today that there was anything that you got from Hunter when you talk about your paperwork and the stack that had to do with the press brake?

A    No, no

Q    You don't recall getting anything in writing from Hunter about operation of the press brake?

A    For that particular -- no.

Q    We talked about your workers' comp case briefly earlier.  What was the result of your workers's comp claim that you made?  Were you given an award or was there a settlement or what happened?

A    It was a settlement

Q    Do you remember how much you settled for?

A.    I think it was $14,000

Q    How long were you off work after the accident?

A    After the accident, probably a year and a half.

Q.    A year and a half?

A    Yeah

Q.    Did you receive any kind of disability rating for your hand?

A.    I did  I'm not 100 percent sure  I think it was something like 20 percent or something  I'm not sure

Q    Do you know what doctor or who it was that gave you a disability rating on your hand?

A.    Dr  Eric Wender

Q    All right.  Is Dr  Wender the doctor that performed the surgery on your hand?

A    Yes.

Q    And Dr  Wender has actually done how many surgeries?

A.    Three

Q    Three?

A.    Yes, sir

Q    The first one was --

A.    The day afterward

Q    The day after the accident?

A    February 2nd, yes

Q    All right  And when was the second one?

A.    I think that was like three weeks later, about on the 25th or the 26th of February

Q.    And the last surgery?

A    I believe it was -- I can't even say the exact date.  I think it was maybe a month later

Q    In other words, you received some permanent disability rating or a partial disability rating on your hand?

A.    Yeah, it's permanent

Q    Permanent?

A.    Yeah

Q    And you think Dr Wender made that?

A.    Yes

Q    Do you know if you received some kind of disability rating to the body as a whole versus just your hand?

A    I'm not sure

Q.    What are your hobbies, Mr James?

A    Sports  Just love to play sports, you know, baseball, football, you know

Q    Did you play any high school sports?

A.    Some  Football

Q    You like to play basketball and baseball, you said?

A    No.  Football and baseball  Football and baseball, no basketball

Q.    What do you like to play now?

Page 103

A    I don't even have time for anything right now.

Q    When you work there's not much time for any ball playing?

A    No   When you get off work you be tired

Q    Do you do any hunting or anything like that?

A    No.

Q    No?

A    No   I like to fish

Q    You like to fish   Have you had any hobbies or anything that you haven't been able to do since you had your accident that you were able to do before your accident?

A    No, because I'm really just laid back I really don't just get out there and, you know So I'm just, you know, I'm just pretty much just laid back.  I really didn't go out and do a whole lot as far as hobbywise, I didn't.  I just worked

Q.    Have you ever belonged to a gym or anything like that?

A    No

Q    Do you ever go work out?

A    I've got that at home

Q    What you got?

A    Weights

Q    Free weight or a machine or what?

A    Free weights

Q    An olympic set?

A    No    It's DP.

Q.    But it's a 315 pound weight set with an olympic bar or what is it?

A    Yeah, yeah    It's not an olympic bar but it's got a bar on it    You know, the bar --

Q    The bar weights 45 pounds?

A    No, not that type.  It's a regular bar like those concrete weights, you know, not the steel weights

Q.    Okay    I've got you

A    The little set you can get from Wal-Mart

Q    Right, right    Do you work out at home?

A    Yeah, or try to at least

Q    Do you do any running?

A    I used to    Not anymore.  When you get off from Two Men and a Truck, you know, you be worn out, Man    That's your work out right there

Q    I don't doubt it    What all doctors have treated for you your injury other than

Dr Wender?

A    That's been my primary doctor for this accident.

Q    As far as you know that's your doctor and if he -- if there's some radiologist or something like that involved then you don't really know them?

A.    Right  He would assign -- well, set up an appointment for me to go see a radiologist or, you know, nerve doctor

Q.    Sure  Like a nerve conductor guy?

A    Yeah, yeah  I've seen him  I don't know his name, not right off  And therapy, I was in therapy for about a year, a year and a half

Q    You said therapy?

A.    Yes

Q    Do you remember who your physical therapist was?

A    Just about everybody that was up there in St  Dominic or St  Dominic Rehabilitation Center.  I worked with everybody up there.

Q    How long were you hospitalized the first time when they did that first surgery?

A    I think the same day

Q    He did the surgery on you?

A      That morning.

Q      That morning?

A      Yes

Q      And then later that day you got to leave?

A.     Yes.

Q.     What about your second hand surgery?

A      Second, I think I stayed overnight

Q      Was that at St  Dominic?

A      Yes    They all was performed at St Dominic

Q.     And the third surgery, which was always performed at St  Dominic, did you stay overnight for that one?

A      No

Q      Was it a day surgery?

A.     Yes.

Q.     Has Dr  Wender told you you are going to need more surgery on your hand?

A.     He did.

Q      What did he say?

A      He said I may in the -- as time goes on, you know  He did mention that  What kind of surgery, I don't know

Q.     But as of today or sitting here today,

you don't have another surgery planned?

A    No, I don't

Q    Have you ever filed any other lawsuits besides this one?

A.    No

Q    I'm not including your workers' comp

A    No

Q    And you've never been sued by anybody?

A    No

Q.    Were you ever examined by any workers' comp doctor?

A    No

Q    Are you currently taking any medication?

A    No.

Q    And you're not taking any prescription medicine?

A    No

Q    Are you having any problems with your hand

A    I mean, I can only do so much, you know, with this hand so I just try not to do it, you know, overdo it, you know  But as far as major pain, I experience some pain in these last two fingers here but these two is fine  But it's

the last two that got pinched.  That's where the damage happened to the last two over here

Q.    On the last two?

A.    Yes  See, these two here are fine but it's these two.

Q     So it's your pinky and your next finger that actually got pinched on your right hand?

A     Yeah, right here (indicating).  See, there is where the machine actually hit  Right here  Right there

Q     And you're kind of --

A     See, I'm --

Q     It's hard to describe since we don't have -- since it's not being videotaped

A.    Right

Q     But in any event, you're saying it came down between your fingers?

A     It hit right here

Q     On the back side of your hand?

A.    Yeah  The ram came like this (indicating)

Q     All right  Currently, are you able to -- what do you take when your fingers hurt like you just said?  You take some Tylenol or --

A     Tylenol and rest.

Q    And rest?  The pinky, is your right nand weaker?

A    Yes, it is

Q    Did Dr  Wender prescribe you some medication when you first went to see him for the hand?

A    He did

Q    Do you remember what it was?

A    Lortab, Lorcet or, you know, pain medicine

Q    Did you take that pain medicine around the time that you had your surgeries or what?

A    It was after the surgeries, you know.

Q    Right after he operated?

A    Yes

Q    But then tne prescriptions ran out and you didn't get any more filled or what happened?

A    No.  I dian't get them refilled

Q    Do you smoke?

A    No.

Q    Do you drink any alcohol?

A    Sometimes

Q    About how often a week?

A    Not often  Not even weekly  I mean, I may drink twice a montn, once a month

Q    When you do drink what do you have, a beer?

A.    Yes, just a beer.  A beer

Q    Have you ever had any other injuries to any other parts of your body?

A.    No

Q    Have you ever had any other operations --

A.    No

Q    -- other than on your hand?

A    No.

Q    Have you ever had any childhood illnesses?

A.    No

Q    No?

A    Nothing

Q    You've been pretty healthy?

A    Been pretty healthy

Q.    Did they take you to the hospital after you got hurt in an ambulance or how did they get you to the emergency room?

A    Supervisor.  It was his truck.

Q    Mr  Bolden?

A    Yes.

Q    He took you in his truck?

A.    Yes

Q    What hospital did he take you to?

A    Central Mississippi Medical Center

Q.    That's over there?

A    Off Chadwick

Q    Off of 20 right there?

A    Yeah, by Home Depot    You know where home Depot is?

Q    Right.

A    Right over there in that area Chadwick Drive

Q    What happened after you got over there?

A    I sat there in the emergency room

Q    For a while?

A.    Yeah, for a while    And once I was seen by the doctors they -- because all my fingers were dislocated    Every last one of them was aislocated, and they put them back in place and wrapped it up and told me to go see a specialist the next day    And when I saw the specialist, and it was like, you know, you need surgery right now

Q    That was Dr  Wender?

A.    Wender    So I went into surgery that, you know -- within that hour I was in surgery

Q    But when you showed up at the emergency

Page 112

room what happened?  They said all of your fingers were dislocated?

A      Yes

Q.      And some emergency room physician reset them?

A.      Yeah.

Q      And gave you some medicine?

A      Medicine

Q      And told you to go see Dr  Wender the next day?

A.      Well, he told me to go see some other doctor, Dr -- I can't call his name  It was Dr  Cade or Kilpatrick or something like that But my fiance, she works at St  Dominics.  She knew Dr  Wender, you know

Q      Right

A      And we went to Dr  Wender instead of the doctor they wanted me to go to  And once I saw Dr  Wender it was like, you know, we need to do surgery right now  So surgery happened like within that hour after seeing Dr  Wender

Q      Is your fiance a nurse or is she a doctor?

A      Well, she's in nursing school

Q      She's in nursing nome?

A    Yes

Q    She works at St Dominic?

A    Yes

Q    Can you describe how it felt at the time of the accident? I mean, you know, there's pain I guess and then there's pain

A    It was pain

Q    How much did it hurt?

A.    Well, what scale are you putting it on, from a one to what? It's the highest it will go That's what kind of pain it was

Q.    Have you ever had any broken bones?

A    No

Q    Have you ever had stitches before or anything like that?

A    When I was young but, you know, I can't just say what kind of pain I was in because I was a small kid

Q    You can't really compare the two?

A    Right, right

Q    Have you ever gone to a vocational rehabilitation specialist?

A    No.

Q    Do you know what that is?

A    No

Q    As far as you know you haven't been to see one?

A    Right

Q    Is there anything you can't do now that you could do before your accident?

A.    The amount of weight I lift, you know, I can't do that  And my grip, trying to grip something, I mean the grip strength I've got is like none  I can't hold onto anything anything, you know, nothing small like, you know -- getting change, you know, trying to pay for something with some change --

Q.    Right.

A.    -- it's hard because I'm only using these two here to grip, you know, to grasp the change  Just that, man, just the grip strength is gone and, you know

Q    And you're from Indianola, right?

A    Yes

Q    Do you have any relatives in Hinds County?

A.    Yes

Q    Can you tell me their last names?

A    James

Q.    James?

A    Yes

Q    Is it your brother or sister?

A    Uncles   Uncles and Aunts   My mom's brother, my mom's sister.  My mom has got two sisters here and she has a brother here

Q.    Does your mom still live up in Indianola?

A    Yes

Q    Any other names besides James of relatives you have in Hinds County or in the area here Madison Rankin?

A    No   Here in Hinds/Jackson, James

MR   SLOVER·

I think that's all of the questions I've got for you, Mr  James

THE WITNESS·

All right.

MR. SLOVER

Well, I take that back   I think I've got some housekeeping measure to take care of   We would like to get Mr  James to sign a medical authorization so that we can get his medical records

(Deposition concluded at 4 25 p m )





























## ACKNOWLEDGEMENT OF RECEIPT OF EMPLOYEE HANDBOOK

I understand that it is not the intent or the practice of Hunter Engineering Company to enter into employment contracts, express or implied   No representative of Hunter Engineering Company has any authority to enter into or imply any agreement or contract, written or verbal, for employment contrary to the at-will status, except for the President and, in that event, the agreement must be in writing

I understand that no language in this employee handbook or any policy statement is to be construed as creating any form of employment agreement, expressed or implied, and such documents and policies do not serve as an independent basis of contract, expressed or implied, for employment

I further understand that the information contained in Hunter Engineering Company's handbook represents guidelines only and that the Company reserves the right to change or amend or terminate any policy, procedure or employee benefit at any time

Please sign and return the bottom portion of this sheet, as acknowledgment of your receipt and understanding of the contents of this handbook

_Larry O. James_
Employee's Name (Print)

_Larry O. James_
Employee's Signature

_12/8/00_
Date

EXHIBIT
158-26
James

Larry James  Clock # 080
Badge 49568

**SAFETY CHECKLIST FOR SUPERVISORS**

Please review the following items with your employee   When you have completed this checklist, please sign and have the employee sign   A copy will be placed in the employee's personnel file

Take time to review each item and stress the importance of working safely

ITEMS TO BE REVIEWED | REVIEWED | NA
--- | --- | ---
1   Provide each employee with proper safety equipment required for their department.<br>A. Safety Glasses<br>B  Ear Plugs<br>C  Hard Hat<br>D  Gloves<br>E  Dust Masks | [X] | [ ]
2   If applicable, welders must have proper welding helmet. Check to insure their helmet is in good condition | [ ] | [ ]
3   Review safety rules with each employee   (Employee received copy in orientation ) | [X] | [ ]
4   Walk through department with employee describing the machinery and showing them the safety features of each piece of equipment, including guards, possum pulls, etc. | [X] | [ ]
5   Point out the do's and don'ts of each piece of equipment. | [X] | [ ]
6   Explain the first aid procedures to each employee. | [X] | [ ]
7   Explain the necessity of notifying the supervisor or group leader of any unsafe tools, equipment, etc. | [X] | [ ]
8   Review the evacuation plan with employee   Show him/her where exits are and where the fire extinguishers are located within the department. | [X] | [ ]
9   Explain the importance of good housekeeping as related to safety | [X] | [ ]
10  Ensure each employee is properly trained on machinery before operating   Train new employee with older experience employee | [X] | [ ]
11. Explain proper lifting techniques to each employee.  Show them how to use equipment for lifting | [X] | [ ]
12  Check employee frequently to ensure that each person is following procedure | [X] | [ ]
13  Review any hazardous materials the employee might come into contact with   (MSDS) Show employee location of MSDS books | [X] | [ ]

X _____   4/17/00
SUPERVISOR                      DATE

_____   4/17/00
EMPLOYEE                      DATE

EXHIBIT
16 8-26
James

"RIGHT TO KNOW" QUIZ

(CIRCLE CORRECT ANSWER)

1  WHAT DOES M S D S  STAND FOR? (CHOOSE ONE)
   A) MISSISSIPPI STATE DENTIST SCHOOL          C) MATERIAL SERVICE DATA SECTION
   B) MATERIAL SAFETY DATA SHEET

2  WHAT INFORMATION IS REQUIRED ON CONTAINER LABELING? (CHOOSE THREE)
   A) NAME AND ADDRESS OF MANUFACTURER      D) WEIGHT
   B) PRICE                                 E) HAZARD WARNING
   C) CONTENTS

3. WHAT MAKES A MATERIAL HAZARDOUS?  (CHOOSE THREE)
   A) BEING A LIQUID                         D) BEING A CORROSIVE OR REACTIVE
   B) BEING A POWDER                         E) BEING A HEALTH HAZARD
   C) BEING FLAMMABLE

4  THE HAZARD COMMUNICATION PROGRAM WILL BE KEPT IN THE _____
   A) PLANT MANAGER'S OFFICE                 C) RECEIVING OFFICE
   B) PLANT ENGINEER'S OFFICE                D) HUMAN RESOURCES OFFICE

5  ON THE HAZARDOUS MATERIAL LABEL, WHAT LETTER WILL BE IN THE SQUARE BY
   PERSONAL PROTECTION IF SAFETY GLASSES, GLOVES AND APRON ARE REQUIRED TO
   HANDLE CONTENTS?  (CHOOSE ONE)
   A) H          B) F          C) C

6  ON THE HAZARDOUS MATERIAL LABEL, A NUMBER OF 4 NEXT TO FLAMMABILITY MEANS
   _____ (CHOOSE ONE)
   A) MINIMAL HAZARD                         C) SEVERE HAZARD
   B) MODERATE HAZARD

7  PORTABLE CONTAINERS IN THE WORK PLACE DO NOT HAVE TO BE LABELED
                    TRUE              FALSE

8  REFER TO M S D S  ON "SULFURIC ACID 66 DEGREE" AND ANSWER THE FOLLOWING
   QUESTIONS
   A) WHAT IS THE BOILING POINT?___535°_____

   B) WHAT IS THE FLASH POINT?_____

   C) IF SPLASHED IN EYES, WHAT WILL HAPPEN?___Blindness_____

   D) WHAT IS THE FIRST AID PROCEDURE IF SPLASHED IN EYES?_Flush with
   warm water_____

I HAVE ATTENDED THE EMPLOYEE "RIGHT TO KNOW" TRAINING AND HAVE ANSWERED THE
ABOVE QUESTIONS

SIGNATURE _Larry D. Ingot_____ DATE _4-17-00_

HUMAN RESOURCES REPRESENTATIVE_Rhonda Person_____

EXHIBIT
17  8-26-04
James

## HUNTER ENGINEERING COMPANY
## STANDARD PROCEDURE AND DEDUCTION AUTHORIZATION

To comply with federal standards pertaining to protective equipment it is mandatory for you to wear the equipment listed below:

____X____ Safety glasses          ____X____ Safety shoes

_____ Sanding mask            _____ Paint mask

_____ Hard hat                _____ Ear plugs

I further understand that if equipment is lost, or misplaced, it is my responsibility to request from my supervisor replacement equipment (with the exception of safety shoes)   If you leave the Company for any reason the equipment must be returned

I further understand that I must provide myself with steel-toed safety shoes within thirty (30) days of employment if employed in metal fabrication

It is understood that if I do not have, and am not wearing safety shoes at the completion of this time period, I will be terminated

I also understand that in accepting employment with Hunter Engineering Company, I agree to submit to a drug screen to be performed by a recognized physician selected by the Company, and authorize the cost of such examination, not to exceed $10 00, to be deducted from my final paycheck in the event that I voluntarily terminate my employment within sixty (60) days of such employment.

I also acknowledge receipt of the attached Safety Rules and Regulations and Violations of Good Employee Conduct.

_____     __4-17-00__
Employee Signature                  Date

CHECK ALL THAT APPLY

| HEALTH | | SINGLE | $4 60/WK | INTENSIVE CARE | | SINGLE | $2 01/WK |
|---|---|---|---|---|---|---|---|
| | | SINGLE +1 | $7 15/WK | | | + CHILDREN | $3 68/WK |
| | | FAMILY | $11 75/WK | | | +SPOUSE | $3 68/WK |
| DENTAL | | OPTION 2 | | | | FAMILY | $3 68/WK |
| | | SINGLE | $1 90/WK | | | | |
| | | SINGLE +1 | $3 70/WK | ACCIDENT & | | SINGLE | $5 82/WK |
| | | FAMILY | $6 83/WK | DISABILITY | | + CHILDREN | $7 75/WK |
| | | OPTION 4 | | | | + SPOUSE | $7.27/WK |
| | | SINGLE | $4 31/WK | | | FAMILY | $9.21/WK |
| | | SINGLE +1 | $8 19/WK | | | | |
| | | FAMILY | $12.01/WK | | | | |
| CANCER | | RED | | | | | |
| | | SINGLE | $4 59/WK | | | | |
| | | + CHILDREN | $5 98/WK | | | | |
| | | + SPOUSE | $7 85/WK | | | | |
| | | + FAMILY | $7 85/WK | | | | |
| | | GREEN | | | | | |
| | | SINGLE | $6 18/WK | | | | |
| | | + CHILDREN | $7 96/WK | | | | |
| | | + SPOUSE | $10 71/WK | | | | |
| | | FAMILY | $10 71/WK | | | | |

