FILED

NOV - 4 2005

J.T. NOBLIN, CLERK

BY_____ DEPUTY

SOUTHERN DISTRICT OF MISSISSIPPI

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**LARRY JAMES**                                                        **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO. 3:03CV525LN**

**CINCINNATI INCORPORATED, AN
OHIO CORPORATION; AND A COMPANY;
B COMPANY; AND C COMPANY**                            **DEFENDANTS**

## EXHIBITS

| Number | Description | Sponsor | I.D. | Evidence |
|--------|-------------|---------|------|----------|
| D-1 11-1-05 | Cincinnati Incorporated proposal to Hunter Engineering to sell press brake dated October 20, 1987 -- CIN 1-14 | Wellington | | ✓ |
| 11-1-05 D-2 | Cincinnati Incorporated Purchase Order for press brake and invoice and showing pouch materials, including safety information sent -- CIN 15-23 | " | | Evid |
| 11-1-05 D-3 | Cincinnati Incorporated documents regarding parts lists -- CIN 24-63 | " | | Evid |
| 11-1-05 D-4 | Cincinnati Incorporated documents showing inspection at factory and identifying safety materials provided with press brake -- CIN 64-73 | " | | Evid |
| 11-1-05 D-5 | Parts Ordered -- CIN 74-75 | " | | Evid |
| 11-1-05 D-6 | Correspondence from Cincinnati Incorporated to Hunter Engineering enclosing installation booklet and operation and maintenance manuals; documents regarding pre-installation meeting with Hunter Engineering -- CIN 76-88 | Wellington | | Evid |
| D-7 | Cincinnati Incorporated service records -- CIN 89-120 | | | |
| 11-1-05 D-8 | Correspondence from Cincinnati Incorporated to Hunter Engineering dated July 12, 1988 sending safety manuals requested -- CIN 121-153 | Wellington | | Evid |

| Number | Description | Sponsor | I.D. | Evidence |
|--------|-------------|---------|------|----------|
| 11-1-05 D-9 | Cincinnati Incorporated Press Brake Safeguarding Manual PT-50686 and warning signs -- CIN 154-172 | Wellington | | Evid |
| 11-1-05 D-10 | Correspondence dated August 30, 1988 from Cincinnati Incorporated to Hunter Engineering sending safety manuals and warnings signs -- CIN 173-177 | ,, | | Evid |
| 11-1-05 D-11 | Correspondence dated January 1, 1989 from Cincinnati Incorporated to Hunter Engineering regarding press brake safety and OSHA and including press brake safeguarding manual -- CIN 178-193 | ,, | | Evid |
| 11-1-05 D-12 | Cincinnati Incorporated press brake safety mailing list -- CIN 194-195 | Wellington | | Evid |
| | D-13 | Correspondence from Cincinnati Incorporated to Hunter Engineering dated February 6, 2001 enclosing PT-50686 Press Brake Safeguarding -- CIN 196-209 | | | Evid |
| 11-1-05 D-14 | Cincinnati Incorporated installation booklet and Operation and Maintenance Manuals for press brake -- CIN 210-265 | Wellington | | |
| | D-15 | Cincinnati Incorporated Press Brake Capacities manual - CIN 266-299 | | | Evid |
| 11-1-05 D-16 | Cincinnati Incorporated Hydraulic Press Brake safety manual -- CIN 300-314 | Wellington | | Evid |
| 11-1-05 D-17 | ANSI standard B11.3 - 1982 for press brakes - CIN 315-413 | ,, | | Evid |
| 11-1-05 D-18 | Cincinnati Incorporated Press Brake Safeguarding manual PT 50686 - CIN 414-425 | ,, | | Evid |
| 11-1-05 D-19 | Cincinnati Incorporated Electronic Stroke Control Operators set up book - CIN 426-433 | Wellington | | Evid |
| | D-20 | Documents produced by Hunter Engineering regarding inspections and maintenance of press brake | | | |

| Number | Description | Sponsor | I.D. | Evidence |
|---|---|---|---|---|
| 11-2-05 D-21 | Any documents produced by Hunter Engineering including accident report prepared by plaintiff's supervisor David Bolden and written warning to plaintiff for failure to wear steel toed shoes | Bolden | | Evid |
| D-22 | Curriculum vitae of Charles Prewitt | | | |
| 11-1-05 D-23 | Photographs of the press brake and attachments taken by Ralph Wellington and/or Charles Prewitt | Wellington | | Evid |
| D-24 | Cincinnati Incorporated expert report dated August 16, 2004 of Charles Prewitt | | | |
| 11-1-05 D-25 | orange "Foot Switch" | Wellington | | Evid. |
| 11-1-05 D-26 | Palm buttons | Wellington | | Evid |
| 11-2-05 D-29 | Photos | Ryan | | Evid |
| 11-3-05 D-30 | Drawing by Chas Prewitt | Prewitt | | Evid |