IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LARRY JAMES                                                          PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:03CV525LN

CINCINNATI INCORPORATED, ET AL                              DEFENDANTS

ORDER

       Before the court for consideration is the motion of Cincinnati Incorporated for a

judgment notwithstanding the verdict or alternatively, for a new trial or alternatively, for reduction

of verdict.  The court has considered the motion with supporting briefs and defendant's response to

the motion and finds that the motion should be denied.

       ACCORDINGLY, IT IS ORDERED that plaintiff's motion is denied.

       ORDERED this the 20th day of January, 2006.


/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE